Roy D. Keehn, as Receiver of Central Mutual Insurance Company of Chicago, Appellant, v. M. & G. Convoy, Inc., Respondent.— Order so far as appealed from affirmed, with $10 costs and disbursements. All concur. (The portion of the order appealed from denies plaintiff's motion for summary judgment in an action to recover the statutory assessment under two insurance policies.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

Lena C. Young, as Administratrix of the Estate of Raymond Young, Deceased, Respondent, v. New York State Electric & Gas Corporation et al., Appellants. Marjorie S. York, as Administratrix of the Estate of Harold Sampson, Deceased, Respondent, v. New York State Electric & Gas Corporation et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies motions by defendants to dismiss plaintiffs' complaints in two actions brought to recover damages for the death of the intestates of the respective plaintiffs.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [184 Misc. 1013.]

Florence H. Freidell, Respondent, v. Addis Co., Inc., Appellant.— Judgment affirmed, with costs. All concur, except Love, J., who dissents and votes for reversal on the law and facts and for granting a new trial on the ground that the court did not properly instruct the jury as to the rule on the question of contributory negligence. (The judgment is for plaintiff in an action for damages for personal injuries alleged to have been sustained by reason of a defective elevator in defendant's store.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

Lee Riker, Respondent, v. Raymond W. Mason et al., Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.